**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| BECKY ARPS, RENE ARTMAN, ADAM BOHN, RITA HEARD DAYS, EDWARD ENGLER, TIM FITCH, MARK HARDER, LISA KALISKI, AMY POELKER, JUNE SCHMIDT, KELLY STAVROS, ERNIE TRAKAS, and RICHARD WOLFE, | ) | **Case No. 4:21-cv-01406 NAB** *as previously consolidated from 4:21-cv-01410* |
| Plaintiffs, | ) | |
| v. | ) | |
| ROBERT L. CHAMBERS, MARSHA E. HAEFNER, FLORENCE L. HILL and PATRICIA YAEGER, in their capacity as members of the St. Louis County Board of Election Commissioners, the ST. LOUIS COUNTY BOARD OF ELECTION COMMISSIONERS, JOHN DOE 1-20, | ) | |
| Defendants. | ) | |

**ARPS PLAINTIFFS'
MOTION TO DISMISS THE BOWMAN PLAINTIFFS' COMPLAINT
OR FOR OTHER RELIEF BASED ON SPOILATION OF EVIDENCE**

COMES NOW Becky Arps, Rene Artman, Adam Bohn, Rita Day Heard, Tim Fitch, Edward Engler, Mark Harder, Lisa Kaliski, Amy Poelker, June Schmidt, Kelly Stavros, Ernie Trakas, and Richard Wolfe (collectively the "Arps Plaintiffs"), by and through the law offices of Spooner Law, LLC, and for the Motion to Dismiss the Bowman Plaintiffs' Complaint or for Other Relief Based on Spoilation of Evidence state to the Court as follows:[1]

[1] Due to the accelerated schedule under the Amended Case Management Order [ECF No. 22] the Arps Plaintiffs are filing this Motion to advise the parties and Court of the issue concerning the spoilation and falsification of evidence so the parties will have sufficient time to investigate this matter prior to trial. The Arps Plaintiffs will supplement this Motion and submit a memorandum in support after completing their investigation so this matter can be heard by the Court before trial.

***Introduction***

This consolidated action requests the Court adopt a map to reapportion the St. Louis County Council districts based on population changes. Pursuant to the St. Louis County Charter the Bipartisan Reapportionment Commission ("Commission") attempted to agree on a map and during the process considered several proposed maps that were posted on a St. Louis County website. The maps were identified on the website as Democrat Proposed Map v1, v2, v3, Republican Proposed Map v1, v2, and the Proposed Compromise Map - 11/21/21. After the underling actions were filed, consolidated, and Rule 26(a)(1) disclosures made, plaintiff Dana Sandweiss, a licensed attorney, intentionally directed St. Louis County to alter the map identifications on the website premised on false information in a desire to suppress the truth and prejudice the Arps Plaintiffs in their effort to have the Court adopt their proposed map. This motion is brought to address a party's intentional altering and falsification of evidence in pending litigation.

***Background***

1. The gravamen of this action set for trial on February 1, 2022 concerns a request that the Court consider and adopt a plan for the reapportionment of the St. Louis County Council districts based on the 2020 decennial census. More particularly, the Court ordered the Bowman Plaintiffs and the Arps Plaintiffs to identify in their respective Rule 26(a)(1) disclosures the map(s) to be submitted to the Court for consideration. One of the key issues at trial will be that the maps submitted by the Arps Plaintiffs are free from political motivation and that the map submitted by the Bowman Plaintiffs is premised on political considerations, motivation, and animus.

2. Pursuant to the St. Louis County Charter the term of the Bipartisan Reapportionment Commission expired as of 12:01 a.m. on November 29, 2021.

3. On November 30, 2021, the Bowman Plaintiffs filed this action naming the former Democratic members of the Commission as the plaintiffs, including Dana Sandweiss ("Sandweiss") who is also licensed attorney in good standing with State of Missouri admitted to the Missouri Bar on September 24, 1999.

4. On November 30, 2021, the Arps Plaintiffs filed an action bearing Case Number 4:21-cv-01410 which is similar to the action filed by the Bowman Plaintiffs.

5. On December 10, 2021, the First Amended Complaint filed in Case Number 4:21-cv-01410 was filed in this action. [ECF No. 16]

6. On December 10, 2021, Sandweiss emailed Jay Nelson, a St. Louis County employee working in the office of the County Executive, requesting a copy of "the latest Republican and Democratic maps as well as the compromise map" that are posted on St. Louis County's website.

7. On December 10, 2021, Mr. Nelson provided Sandweiss with a copy of the link where the maps are posted on St. Louis County's website.

8. On December 14, 2021, Case Number 4:21-cv-01410 was consolidated with this action. [ECF No. 15]

9. Prior to December 24, 2021, the Court entered the Case Management Order [ECF No. 23] and the Amended Case Management Order [ECF No. 19] which ordered the parties to disclose "***any proposed maps***, no later than December 29, 2021".

***Map Identifications***

10. In their Rule 26(a)(1) Disclosure the Bowman Plaintiffs identified a map which there have designated as the Democratic Proposed Map V3, described in their disclosure as follows:

> "5. Proposed Maps
>
> Pursuant to the Court's Case Management Order, the Bowman Plaintiffs disclose that, at this time, they intend to proffer the map presented by the Democrat members of the Bipartisan Reapportionment Commission during the Commission's November 22, 2021 meeting. Discovery is at its outset in this case, and the Bowman Plaintiffs reserve the right to proffer an altered or different map at the time of expert disclosures and trial."

11. On and before the date the Bowman Plaintiffs made their disclosure, the map they disclosed was identified on the St. Louis County website as Democrat Proposed Map v3.

12. In their Rule 26(a)(1) Disclosure the Arps Plaintiffs identified two maps which they have designated as Republican Map 1 and the Compromise Map, described in their disclosure as follows:

> "**Rule 16 Order – Proposed Maps:** in accordance with the Amended Case Management Order [ECF no. 22] the parties are to disclose any proposed maps:
>
> The Arps Plaintiffs intend to present as the primary map the map identified and/or described in paragraph 54 of the Arps Compliant designated as the "Compromise Map" and intend to present as the secondary map the map identified and/or described in paragraph 49 of the Arps Compliant designated as Republican Members' "Maps 1" with the caveat that as discovery progresses the Arps Plaintiffs reserve the right to switch the designation of the primary map to Maps 1 and the secondary map to the Compromise Map, and further reserve the right to alter the proffered map based on expert testimony."

13. On and before the date the Arps Plaintiffs made their disclosure, the maps they disclosed where identified on the St. Louis County website as Republican Proposed Map v1 and Proposed Compromise Map - 11/21/21.

***Alteration of the Map Identifications***

14. On January 3, 2022, Sandweiss emailed Mr. Nelson and stated that on the St. Louis County website "… there is a map labeled 'proposed Compromise Map'. This is mislabeled, it is in fact a proposed Republican map. Can you please relabel this on the county's website [followed by an emoji of praying hands]."

15. On January 4, 2022, Courtney Corman, a St. Louis County employee who is a County Data Officer, told Sandweiss in an email that she had "gone back and checked [her] records from this project. Per an email from Adam Bohn, the 'Proposed Compromise Map' was created following a meeting of Democrats and Republicans from the [Commission] on Sunday

November 21st. ***If there is a different layer that is mislabeled***, please let me know and I can correct it." (emphasis added)

16. On January 4, 2022, despite Ms. Corman's implication the Compromise Map was not mislabeled, Sandweiss emailed Ms. Corman and stated "[t]here was a meeting on Sunday Nov 21st with Democratic and Republican Commissioners but they were not able to agree on a compromising map. The map is in fact a Republican map."

17. On January 5, 2022, Ms. Corman emailed Cora Faith Walker, a St. Louis County employee working in the office of the County Executive, and referencing the Sandweiss emails addressed relabeling the map identifications on the St. Louis County website "based on who submitted it", removing the "map layers labeled as 'Democratic' and Republican' ", and changing the identification "based on who submitted [the map]."

18. On January 5, 2022, employees of Defendant St. Louis County Board of Election acknowledged in an email that they had "received a request from a reapportionment committee member to rename the 'Proposed Compromise Map – 11/22/21' layer. After discussion with [Walker] and [Nelson] from the [County Executive] office, we have decided to rename each map according to who submitted it."

19. On January 6, 2022, the identification of the maps on the St. Louis County website were altered. The maps that had been identified as Democrat Proposed Map v1, v2, and v3 were changed to "Submitted by Brian Wingermuehle" and the maps that had been identified as Republican Proposed Map v1, and v2 were changed to "Submitted by Adam Bohn". The most not alteration to the evidence was the change of Proposed Compromise Map - 11/22/21 to Proposed Map Submitted by Adam Bohn - 11/21/21.

20. Despite the map identifications on the St. Louis County website being true and accurate, based on Sandweiss' emails the map identifications where altered to be misleading and false.

21. According to the Commission's Meeting Minutes posted on the St. Louis County website, Democrat Proposed Map v1 was submitted by Brian Wingermuehle, map v2 was submitted by Sue Meredith, and map v3 was submitted by Brian Wingermuehle and John Bowman. Republican Proposed Map v1 and v2 were submitted by Adam Bohn.

22. The Proposed Compromise Map - 11/22/21 was neither proposed by Adam Bohn nor a Republican map, and the identification of the Compromise Map as the Proposed Map Submitted by Adam Bohn - 11/21/21 is patently false and misleading. The Proposed Compromise Map - 11/22/21 was in fact created as a result of a meeting between the Democratic and Republican Commission members on November 21, 2021, was referenced by the Commission as the Compromise Map, and was never submitted by the Commission.

***Spoilation of Evidence***

23. It is undisputed that evidence in a pending case was altered at the direction of one party and by another party as established by the changing of the map identifications on the St. Louis County website.

24. Relevant caselaw makes clear that altering and falsifying evidence constitutes spoilation of evidence which supports sanctions, including the dismissal of an action.[2] See generally, *Greyhound Lines, Inc. v. Wade*, 485 F.3d 1032, 1035 (8th Cir. 2007); *Gray v. City of Valley Park, Missouri*, 2008 WL 294294 (E.D. Mo. January 31, 2008). See also *West v.*

[2] Arps Plaintiffs will provide a more detailed legal analysis in their memorandum in support.

*Goodyear Tire & Rubber Company*, 167 F.3d 776, 779 (2nd Cir. 1999); *Nolan v. O.C. Secrets, Inc*., 2021 WL 4806337, *4 (D. Maryland October 14, 2021).

25. The map identifications were materially altered to be misleading and/or false.

26. The Bowman Plaintiffs through Sandweiss conspired with employees of the St. Louis County Executive and Defendant St. Louis County Board of Election Commissions to knowingly alter evidence in pending litigation.

27. Sandweiss intentionally sought to alter evidence in a bad faith attempt to suppress the truth and had a culpable state of mind to alter the evidence of the map identifications in order to prejudice the Arps Plaintiffs and to influence and mislead the Court about Democratic Proposed Map V3 as well as about Proposed Compromise Map - 11/22/21, by falsifying the facts surrounding Proposed Compromise Map - 11/22/21 and to undermine the Arps Plaintiffs' contention that the maps they intend to submit for the Court's consideration are free from political motivation while Democratic Proposed Map V3 is premised on political considerations, motivations and animus.

28. Shockingly, Sandweiss knew her statements were false and conduct wrongful, as clearly evidenced by a video recording of the November 22, 2021 Commission meeting found at https://youtu.be/AmVhZy7PZ3c, where between 1:34 and 1:42, Jennifer Byrd moved to put to a vote Republican Map 1, thereafter, Matt Chellis moved to have the Commission *consider for a vote* the Compromise Map, bringing a motion to vote *to allow a vote on* the Compromise Map. The video shows Proposed Compromise Map - 11/22/21 being referred to as a Compromise Map and that it was never submitted for a vote. The video does not support a finding that the Compromise Map is a Republican Map, was mislabeled, or was improperly identified.

29. Moreover, Sandweiss had no standing or authority to act as a commissioner, and as a party to this action her false statements and wrongful conduct constitute spoilation of evidence as it was intended to, and in fact did, alter evidence in a pending lawsuit that would have supported a claim of a party. Sandweiss' statements and actions altering and falsifying evidence in a pending lawsuit are made more egregious by the fact she is a licensed attorney who is charged with knowing that it is improper to alter or falsify evidence in a pending lawsuit.[3]

30. As to be further established through discovery and continued investigation, and to be addressed in a supplemental motion and memorandum in support, the Bowman Plaintiffs' Complaint should be dismissed or pleadings stricken, or alternatively, an adverse inference made that Democratic Proposed Map V3 is premised on political considerations and/or that said map be barred as evidence in this action.

WHEREFORE, based on the foregoing, Arps Plaintiffs pray the Court enter an order dismissing the Bowman Plaintiffs' Complaint or striking their pleadings, or alternatively, enter an adverse inference that Democratic Proposed Map V3 is premised on political considerations and/or is stricken from the evidence based on the altering and falsifying of evidence constituting spoilation, for all costs and attorney's fees incurred herein, and for such other and further relief as the Court deems just and proper.

[3] The Oath or Affirmation taken by every attorney admitted to practice law in the State of Missouri includes "*That I will never seek to mislead the judge or jury by any artifice or false statement of fact or law*".

**SPOONER LAW, LLC**

By: */s/ Jack B. Spooner*
Jack B. Spooner #38382MO
34 North Brentwood Blvd., Suite 210
St. Louis, Missouri 63105
Phone: (314) 725-4300
Facsimile: (314)725-4301
Email: jbs@spoonerlawllc.com
***Attorneys for Arps Plaintiffs***

**CERTIFICATE OF SERVICE**

The undersigned certifies that he signed the original foregoing pleading and that on this 20th day of January 2022 a copy of same was served on all counsel of record **XX** by electronic transmission through the CM/ECF system and/or **XX** by electronic transmission in PDF and Word format to the following:

**Gerald F. Greiman**
**Thomas W. Hayde**
SPENCER FANE LLP
Email: ggreiman@spencerfane.com
Email: thayde@spencerfane.com
***Attorneys for Bowman Plaintiffs***

**Jane E. Dueker**
JANE DUEKER, LLC
Email: janedueker@gmail.com
***Co-counsel for Arps Plaintiffs***
***Rita Heard Days***

**Steven W. Garrett**
**Edward J. Sluys**
CURTIS, HEINZ, GARRETT & O'KEEFE, P.C.
Email: sgarrett@chgolaw.com
Email: esluys@chgolaw.com
***Attorneys for Defendants***

/s/ *Jack B. Spooner*