IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BECKY ARPS, RENE ARTMAN, ADAM BOHN, RITA HEARD DAYS, EDWARD ENGLER, TIM FITCH, MARK HARDER, LISA KALISKI, AMY POELKER, JUNE SCHMIDT, KELLY STAVROS, ERNIE TRAKAS, and RICHARD WOLFE, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT L. CHAMBERS, MARSHA E. HAEFNER, FLORENCE L. HILL and PATRICIA YAEGER, in their capacity as members of the St. Louis County Board of Election Commissioners, the ST. LOUIS COUNTY BOARD OF ELECTION COMMISSIONERS, <br><br> Defendants. | **Case No. 4:21-cv-01406 NAB** <br> *as previously consolidated from 4:21-cv-01410* |

**ARPS PLAINTIFFS' REQUEST FOR DISMISSAL OF
COUNT II AND COUNT III OF THE FIRST AMENDED COMPLAINT**

COMES NOW Becky Arps, Rene Artman, Adam Bohn, Rita Day Heard, Tim Fitch, Edward Engler, Mark Harder, Lisa Kaliski, Amy Poelker, June Schmidt, Kelly Stavros, Ernie Trakas, and Richard Wolfe (collectively the "Arps Plaintiffs"), by and through counsel, and for their Request for Dismissal of Count II and Count III of the First Amended Complaint in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure state to the Court as follows:

1.  Arps Plaintiffs filed the First Amended Complaint to protect the voting rights of the citizens of St. Louis County in association with the reapportionment of the St. Louis County Council districts.

1

2. Particularly, the Bowman Plaintiffs presented a map during a Bipartisan Reapportionment Committee meeting that was posted and identified on the St. Louis County website as Democratic Map v1 which seemingly violates constitutional protections and state and federal law.

3. In their Complaint the Bowman Plaintiffs generally requested that the Court draw a new map without reference to any particular map that had been posted on the St. Louis County website or otherwise identified during the Bipartisan Reapportionment Committee process.

4. As a result of the general nature of the Bowman Plaintiffs' Complaint and their submission of Democratic Map v1, the Arps Plaintiffs included Count II and Count III in the First Amended Complaint.

5. On January 27, 2022, the Arps Plaintiffs took the deposition of the designated expert witness Dr. David Kimball who testified that he is not offering an opinion about Democratic Map v1 and who confirmed his opinions about the maps submitted by the Democratic Commission members are limited to Democratic Map v3.[1]

6. As a result of the expert witness deposition Count II and Count III in the First Amended Complaint are unnecessary as the interests sought to be protected by the Arps Plaintiffs are adequately protected under Count I, therefore, it is the Arps Plaintiffs desire to dismiss Count II and Count III.

7. The voluntary dismissal of an action under Rule 41(a)(2) is subject to the sound discretion of the court. *Herring v. City of Whitehall*, 804 F.2d 464, 466 (8th Cir. 1986). "In exercising that discretion, a court should consider factors such as whether the party has presented a proper explanation for its desire to dismiss, whether a dismissal would result in a waste of judicial time and effort, and whether a dismissal will prejudice the defendants." *Hamm v.*

---

[1] It should be pointed out that in previous cases Dr. Kimball submitted additional reports after the initial report and that in this action Dr. Kimball provided two updates to his report prior to his deposition.

*Rhone–Poulenc Rorer Pharmaceuticals, Inc.*, 187 F.3d 941, 950 (8th Cir. 1999); see also *Paulucci v. City of Duluth*, 826 F.2d 780, 782 (8th Cir. 1987)("The purpose of Rule 41(a)(2) is primarily to prevent voluntary dismissals which unfairly affect the other side. Courts generally will grant dismissals where the only prejudice the defendant will suffer is that resulting from a subsequent lawsuit.").

8. In exercising such discretion under Rule 41(a)(2), a court considers the following factors: 1) a party's effort and the expense involved in preparing for trial, 2) excessive delay and lack of diligence on the part of the party prosecuting the action, 3) insufficient explanation of the need to take a dismissal, and 4) whether a dispositive motion has been filed by a party. *Paulucci*, 826 F.2d at 783.

9. Under the circumstances surrounding this action, Arps Plaintiffs respectfully request the Court grant a dismissal of Count II and Count III. The parties did not engage in any activities, discovery or otherwise, as to Count II or Count III, and these counts never progressed to a point where a party would be prejudiced in any way by a dismissal. See generally *Post v. Dolgencorp, LLC*, 2019 WL 1978793 (E.D. Mo. May 3, 2019); *Jeffries v. Missouri Metals, LLC*, WL 1846305, at *3 (E.D. Mo. May 8, 2014).

10. Moreover, no party incurred any effort or expense involved in addressing Count II or Count III, the Arps Plaintiffs dismissed the counts as soon as it was confirmed Democratic Map v1 would not be pursued in any way, the Arps Plaintiffs present a sufficient explanation for the reason for dismissal, and no discovery motion, pre-answer motion, or dispositive motion has been filed as to Count II or Count III.  see *Paulucci*, 826 F.2d at 783.

11. Defendants have indicated they do not object to the dismissal of Count II or Count III.

12. Arps Plaintiffs respectfully request the Court grant a voluntary dismissal.

WHEREFORE, based on the foregoing, Arps Plaintiffs pray the Court enter an order granting a voluntary dismissal of Count II and Count III, and for such other and further relief as the Court deems just and proper.

**SPOONER LAW, LLC**

By: */s/ Jack B. Spooner*
Jack B. Spooner     #38382MO
34 North Brentwood Blvd., Suite 210
St. Louis, Missouri 63105
Phone: (314) 725-4300
Facsimile: (314)725-4301
Email: jbs@spoonerlawllc.com
*Attorneys for Arps Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned certifies that he signed the original of the foregoing pleading and that on this 27th day of January 2022 a copy of same was served on all counsel of record ____ by electronic transmission through the CM/ECF system and/or **XX** by electronic transmission in PDF and Word format to the following:

**Gerald F. Greiman**
**Thomas W. Hayde**
SPENCER FANE LLP
Email: ggreiman@spencerfane.com
Email: thayde@spencerfane.com
*Attorneys for Bowman Plaintiffs*

**Jane E. Dueker**
JANE DUEKER, LLC
Email: janedueker@gmail.com
*Co-counsel for Arps Plaintiffs*
*Rita Heard Days*

**Steven W. Garrett**
**Edward J. Sluys**
CURTIS, HEINZ, GARRETT & O'KEEFE, P.C.
Email: sgarrett@chgolaw.com
Email: esluys@chgolaw.com
*Attorneys for Defendants*

_____*/s/Jack B. Spooner*_____