

Exhibit A
Court Adopted Plan