| District | Total Population | White Population | | Black Population | | Perimeter (in miles) | Polygon Area (square miles) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Number | Percentage | Number | Percentage | | |
| 1 | 143,481 | 30,709 | 21.40% | 99,949 | 69.66% | 31.12 | 42.75 |
| 2 | 143,440 | 81,405 | 56.75% | 34,382 | 23.97% | 44.74 | 83.8 |
| 3 | 143,441 | 119,899 | 83.59% | 5,382 | 3.75% | 46.27 | 78.21 |
| 4 | 143,415 | 37,644 | 26.25% | 97,057 | 67.68% | 45.53 | 72.18 |
| 5 | 143,458 | 116,279 | 81.05% | 9,510 | 6.63% | 30.02 | 38.1 |
| 6 | 143,484 | 123,523 | 86.09% | 5,158 | 3.59% | 38.12 | 53.47 |
| 7 | 143,406 | 155,244 | 80.36% | 4,508 | 3.14% | 63.51 | 155.46 |
| Total | 1,004,125 | 664,703 | 66.20% | 255,946 | 25.49% | 299.31 | 523.97 |

Exhibit B
Court Adopted Plan