**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| JOHN BOWMAN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| BECKY ARPS, et al., | ) |
| | ) |
| Consolidated Plaintiffs, | )   Case No. 4:21-CV-1406 NAB |
| | ) |
| v. | ) |
| | ) |
| ROBERT L. CHAMBERS, et al., | ) |
| | ) |
| Defendants. | |

## JUDGMENT

In accordance with the Memorandum and Order entered on this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the current St. Louis County, Missouri Council Districts are declared in violation of the Fourteenth Amendment to the United States Constitution and Article I, Section 2 of the Constitution of Missouri.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the apportionment plan adopted by the Court in the Memorandum filed herein and more fully set out in Exhibits A and B to the Memorandum is declared to meet all federal and state constitutional requirements.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that said plan of reapportionment will govern the election of members of the St. Louis County, Missouri County Council beginning with the 2022 election and continuing thereafter until St. Louis County, Missouri Council Districts are reapportioned in accordance with applicable law.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendants in the

performance of their duties and functions be governed by and comply with the court-adopted plan of apportionment.

_____
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 22nd day of February, 2022.