**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| JOHN BOWMAN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 4:21-cv-01406-NAB |
| | ) |
| ROBERT L. CHAMBERS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

'

**BOWMAN PLAINTIFFS' MOTION FOR**
**AWARD OF ATTORNEY'S FEES AND COSTS**

The Bowman Plaintiffs, by and through their undersigned counsel, hereby move the Court, pursuant to Rule 54(d) of the Federal Rules of Civil Procedure, Local Rule 54-8.02, 42 U.S.C. § 1988 and 29 U.S.C. § 1920, for an award of their attorney's fees and costs as prevailing parties in this litigation, to be paid by the St. Louis County Board of Election Commissioners and St. Louis County.

The grounds for this motion are set forth in the accompanying Memorandum in Support of Motion for Award of Attorney's Fees and Costs, Declaration of Gerald P. Greiman, and the exhibits thereto, filed herewith and incorporated herein by reference.

WHEREFORE, the Bowman Plaintiffs respectfully request that the Court award to them, and assess against the St. Louis County Board of Election Commissioners and St. Louis County, their attorney's fees and costs incurred in connection with this litigation, in the amounts set forth in the documents submitted in support of this motion; and grant such other and further relief as the Court deems just and proper under the circumstances.

Respectfully submitted,

*/s/ Gerald P. Greiman*
Gerald P. Greiman, #26668MO
Thomas W. Hayde, #57368MO
**SPENCER FANE LLP**
1 N. Brentwood Blvd., Suite 1000
St. Louis, MO 63105
Tel.: (314) 863–7733
Fax: (314) 862–4656
ggreiman@spencerfane.com
thayde@spencerfane.com

*Attorneys for Bowman Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of March, 2022, I electronically filed the foregoing through the Court's CM/ECF system, to be served on counsel for all parties through the Court's electronic notification system

*/s/ Gerald P. Greiman*

SL 5415270.2