AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri ☑

| BECKY ARPS, ET AL. | ) | |
|---|---|---|
| v. | ) | |
| ROBERT L. CHAMBERS, ET AL. | ) | Case No.: 4:21-cv-01406 |
| | ) | |
| | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on  02/22/2022  against  St. Louis County ,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................... | $ 402.00 |
| Fees for service of summons and subpoena ................................ | 250.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 6,798.75 |
| Fees and disbursements for printing ..................................... | |
| Fees for witnesses *(itemize on page two)* ................................. | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ................................ | |
| Docket fees under 28 U.S.C. 1923 ..................................... | |
| Costs as shown on Mandate of Court of Appeals ............................ | |
| Compensation of court-appointed experts ................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ........................................... | |
| TOTAL | $ 7,450.75 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service   ☐ First class mail, postage prepaid

☐ Other:

s/ Attorney: _[signature]_

Name of Attorney: Jack B. Spooner #38382MO

For: Arps Plaintiffs                    Date: 03/15/2022
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
*Clerk of Court*          *Deputy Clerk*          *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# Chris Johnson

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Tuesday, November 30, 2021 7:52 PM |
| **To:** | Chris Johnson |
| **Subject:** | Pay.gov Payment Confirmation: MISSOURI EASTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Cheryl Czopek at 314-244-7914.

Account Number: 3726169
Court: MISSOURI EASTERN DISTRICT COURT
Amount: $402.00
Tracking Id: AMOEDC-9003880
Approval Code: 646562
Card Number: ************0081
Date/Time: 11/30/2021 08:52:17 ET


NOTE: This is an automated message. Please do not reply

# INVOICE

**DARRYL BROOKS @ TWT**
Darryl Brooks
P.O BOX 11832
Clayton, Mo, 63105
St. Louis

**Bill To ATTORNEY JACK B. SPOONER**
JACK B. SPOONER - ATTORNEY AT LAW
34 N. BRENTWOOD BLVD - SUITE 210
ST. LOUIS, MO, 63105
ST. LOUIS

Invoice #
Invoice Date   01.19.22
Due Date       01.19.22

| Item Description | Qty | Rate | Amount |
|---|---|---|---|
| SERVED LEGAL PROCESS | 5 | 50 | 250.00 |

Subtotal   250.00

Total   $250.00

**Notes**

UNITED STATES DISTRICT FOR THE EASTERN DISTRICT OF MISSOURI - COURT PAPERS ON CASE NUMBER - NO 4:21 - CV - 01410 - HEA

SERVED - MARSHA E. HAEFNER - ICO - RICK STREAM - DIRECTOR OF ELECTIONS - 12/03/2021

SERVED - FLORENCE L. HILL - ICO - RICK STREAM - DIRECTOR OF ELECTIONS - 12/03/2021

SERVED - PATRICIA YEAGER - ICO - RICK STREAM - DIRECTOR OF ELECTIONS - 12/03/2021

SERVED - ST. LOUIS COUNTY BOARD OF ELECTION COMMISSIONERS - ROBERT L. CHAMBERS. - ICO - RICK STREAM - DIRECTOR OF ELECTIONS - 12/03/2021

SERVED - ROBERT L. CHAMBERS - ICO - RICK STREAM - DIRECTOR OF ELECTIONS - 12/03/2021

THANK YOU
SINCERELY
DARRYL BROOKS - SPECIAL PROCESS SERVER

**Terms & Conditions**

Please make the payment by mail or cash app: $tyabeautie : Thanks

Powered by Zoho Invoice

**Veritext, LLC - Midwest Region**
Tel. 800-878-6750 Email: billing-chi@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Jack Spooner<br>Spooner Law Firm<br>34 North Brentwood Blvd<br>Suite 210<br>Saint Louis, MO, 63105 | | Invoice #: | 5603022 |
|---|---|---|---|---|
| | | | Invoice Date: | 2/24/2022 |
| | | | Balance Due: | $2,014.20 |

**Case: Arps, Becky Et Al. v. Chambers, Robert Et Al. (4:21cv01406NAB)**  **Proceeding Type: Depositions**

Job #: 5047804  |  Job Date: 1/26/2022  |  Delivery: Expedited

Location: St. Louis, MO
Billing Atty: Jack Spooner
Scheduling Atty: Gerald P. Greiman Esq | Spencer Fane LLP

| Witness: Adam Bohn | Amount |
|---|---|
| Transcript Services | $347.50 |
| Exhibits | $1.60 |

| Witness: Becky Arps | Amount |
|---|---|
| Transcript Services | $347.50 |
| Exhibits | $8.80 |

| Witness: Dana Sandweiss | Amount |
|---|---|
| Transcript Services | $1,127.20 |
| Professional Attendance | $150.00 |
| Exhibits | $3.60 |

| | Amount |
|---|---|
| Delivery and Handling | $28.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $2,014.20 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $2,014.20 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| Pay by Check - Remit to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | Pay By ACH (Include invoice numbers):<br>A/C Name: Veritext<br>Bank Name: BMO Harris Bank<br>A/C #: 4353454 ABA: 071000288<br>SWIFT: HATRUS44<br>Pay by Credit Card: www.veritext.com | Invoice #: | 5603022 |
|---|---|---|---|
| | | Invoice Date: | 2/24/2022 |
| | | Balance Due: | $2,014.20 |

4 / 8

153867

**Veritext, LLC - Midwest Region**
Tel. 800-878-6750 Email: billing-chi@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Jack Spooner<br>Spooner Law Firm<br>34 North Brentwood Blvd<br>Suite 210<br>Saint Louis, MO, 63105 | Invoice #: | 5545221 |
|---|---|---|---|
| | | Invoice Date: | 1/31/2022 |
| | | Balance Due: | $1,729.10 |

| Case: Arps, Becky et al. v. Chambers, Robert L., et al. (4:21cv01406NAB) | Proceeding Type: Depositions |
|---|---|

Job #: 5039798   |   Job Date: 1/27/2022   |   Delivery: Expedited

| Location: | St. Louis, MO |
|---|---|
| Billing Atty: | Jack Spooner |
| Scheduling Atty: | Jack Spooner | Spooner Law Firm |

| Witness: David Kimball, Ph.D. | Amount |
|---|---|
| Transcript Services | $1,438.70 |
| Professional Attendance | $250.00 |
| Exhibits | $12.40 |
| Delivery and Handling | $28.00 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | $1,729.10 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,729.10 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Pay by Check - Remit to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | Pay By ACH (Include invoice numbers):<br>A/C Name: Veritext<br>Bank Name: BMO Harris Bank<br>A/C #: 4353454 ABA: 071000288<br>SWIFT: HATRUS44<br>Pay by Credit Card: www.veritext.com | Invoice #: | 5545221 |
|---|---|---|---|
| | | Invoice Date: | 1/31/2022 |
| | | Balance Due: | $1,729.10 |

153867

**Veritext, LLC - Midwest Region**
Tel. 800-878-6750 Email: billing-chi@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Jack Spooner<br>Spooner Law Firm<br>34 North Brentwood Blvd<br>Suite 210<br>Saint Louis, MO, 63105 | Invoice #: | 5551147 |
|---|---|---|---|
| | | Invoice Date: | 2/1/2022 |
| | | Balance Due: | $351.20 |

| Case: Arps, Becky Et Al. v. Chambers, Robert Et Al. (4:21cv01406NAB) | Proceeding Type: Depositions |
|---|---|

Job #: 5033818   |   Job Date: 1/17/2022   |   Delivery: Normal

| Location: | St. Louis, MO |
|---|---|
| Billing Atty: | Jack Spooner |
| Scheduling Atty: | Gerald P. Greiman Esq | Spencer Fane LLP |

| Witness: Rita Heard Days | Amount |
|---|---|
| Transcript Services | $160.00 |
| Exhibits | $16.40 |

| Witness: Timothy Fitch | Amount |
|---|---|
| Transcript Services | $130.00 |
| Exhibits | $16.80 |

| | Amount |
|---|---|
| Delivery and Handling | $28.00 |

| Notes: | Invoice Total: | $351.20 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $351.20 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Pay by Check - Remit to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | Pay By ACH (Include invoice numbers):<br>A/C Name: Veritext<br>Bank Name: BMO Harris Bank<br>A/C #: 4353454 ABA: 071000288<br>SWIFT: HATRUS44<br>Pay by Credit Card: www.veritext.com | Invoice #: | 5551147 |
|---|---|---|---|
| | | Invoice Date: | 2/1/2022 |
| | | Balance Due: | $351.20 |

153867

**Veritext, LLC - Midwest Region**
Tel. 800-878-6750 Email: billing-chi@veritext.com
Fed. Tax ID: 20-3132569


VERITEXT
LEGAL SOLUTIONS

| Bill To: | Jack Spooner<br>Spooner Law Firm<br>34 North Brentwood Blvd<br>Suite 210<br>Saint Louis, MO, 63105 | Invoice #: | 5538861 |
|---|---|---|---|
| | | Invoice Date: | 1/27/2022 |
| | | Balance Due: | $1,721.65 |

**Case: Arps, Becky, et al. v. Chambers, Robert L., et al. (4:21cv01406NAB)**  **Proceeding Type: Depositions**

Job #: 5039772  |  Job Date: 1/21/2022  |  Delivery: Expedited

| Location: | St. Louis, MO |
|---|---|
| Billing Atty: | Jack Spooner |
| Scheduling Atty: | Jack Spooner | Spooner Law Firm |

| Witness: Brian Wingbermeuhle | Amount |
|---|---|
| Transcript Services | $508.50 |
| Transcript - Expedited | $336.00 |
| Exhibits | $0.40 |

| Witness: John Bowman | Amount |
|---|---|
| Transcript Services | $393.75 |
| Transcript - Expedited | $255.00 |

| | Amount |
|---|---|
| Professional Attendance | $200.00 |
| Delivery and Handling | $28.00 |

| Notes: | Invoice Total: | $1,721.65 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,721.65 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Pay by Check - Remit to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | Pay By ACH (Include invoice numbers):<br>A/C Name: Veritext<br>Bank Name: BMO Harris Bank<br>A/C #: 4353454 ABA: 071000288<br>SWIFT: HATRUS44<br>Pay by Credit Card: www.veritext.com | Invoice #: | 5538861 |
|---|---|---|---|
| | | Invoice Date: | 1/27/2022 |
| | | Balance Due: | $1,721.65 |

7 / 8

153867

**Veritext, LLC - Midwest Region**
Tel. 800-878-6750 Email: billing-chi@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Jack Spooner<br>Spooner Law Firm<br>34 North Brentwood Blvd<br>Suite 210<br>Saint Louis, MO, 63105 | Invoice #: | 5532180 |
|---|---|---|---|
| | | Invoice Date: | 1/25/2022 |
| | | Balance Due: | $982.60 |

| Case: Arps, Becky, et al. v. Chambers, Robert L., et al. (4:21cv01406NAB) | Proceeding Type: Depositions |
|---|---|

Job #: 5039749  |  Job Date: 1/20/2022  |  Delivery: Expedited
Location:          St. Louis, MO
Billing Atty:      Jack Spooner
Scheduling Atty:   Jack Spooner | Spooner Law Firm

| Witness: Susan Meredith | Amount |
|---|---|
| Transcript Services | $466.00 |
| Transcript - Expedited | $346.80 |
| Professional Attendance | $125.00 |
| Exhibits | $16.80 |
| Delivery and Handling | $28.00 |

| Notes: | Invoice Total: | $982.60 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $982.60 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Pay by Check - Remit to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | Pay By ACH (Include invoice numbers):<br>A/C Name: Veritext<br>Bank Name: BMO Harris Bank<br>A/C #: 4353454 ABA: 071000288<br>SWIFT: HATRUS44<br>Pay by Credit Card: www.veritext.com | Invoice #: | 5532180 |
|---|---|---|---|
| | | Invoice Date: | 1/25/2022 |
| | | Balance Due: | $982.60 |

8 / 8

153867