THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BECKY ARPS, RENE ARTMAN, ADAM BOHN, RITA HEARD DAYS, EDWARD ENGLER, TIM FITCH, MARK HARDER, LISA KALISKI, AMY POELKER, JUNE SCHMIDT, KELLY STAVROS, ERNIE TRAKAS, and RICHARD WOLFE,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>ROBERT L. CHAMBERS, MARSHA E. HAEFNER, FLORENCE L. HILL and PATRICIA YAEGER, in their capacity as members of the St. Louis County Board of Election Commissioners, the ST. LOUIS COUNTY BOARD OF ELECTION COMMISSIONERS,<br><br>　　　　　　Defendants. | Case No. 4:21-cv-01406 NAB<br>*as previously consolidated from*<br>*4:21-cv-01410* |

### ARPS PLAINTIFFS' SUPPLEMENT TO THE MOTION AND MEMORANDUM FOR ATTORNEY'S FEES AND COSTS

COMES NOW Becky Arps, Rene Artman, Adam Bohn, Rita Day Heard, Tim Fitch, Edward Engler, Mark Harder, Lisa Kaliski, Amy Poelker, June Schmidt, Kelly Stavros, Ernie Trakas, and Richard Wolfe (collectively the "Arps Plaintiffs"), by and through the law offices of Spooner Law, LLC, and for the Arps Plaintiffs' Supplement to the Motion and Memorandum for Attorney's Fees and Costs file herewith the Declaration of Jack B. Spooner with the itemized Invoice of Spooner Law, LLC, marked as **Exhibit B** and incorporated herein by reference.

1

                        **SPOONER LAW, LLC**

               By: */s/ Jack B. Spooner*
                 Jack B. Spooner  #38382MO
                 34 North Brentwood Blvd., Suite 210
                 St. Louis, Missouri 63105
                 Phone: (314) 725-4300
                 Facsimile: (314)725-4301
                 Email: jbs@spoonerlawllc.com
                 ***Attorneys for Arps Plaintiffs***

## **CERTIFICATE OF SERVICE**

The undersigned certifies that he signed the original foregoing pleading and that on this 16th day of March 2022 a copy of same was served on all counsel of record **XX** by electronic transmission through the CM/ECF system and/or **XX** by electronic transmission to the following:

| | |
|---|---|
| **Gerald F. Greiman** | **Jane E. Dueker** |
| **Thomas W. Hayde** | JANE DUEKER, LLC |
| SPENCER FANE LLP | Email: janedueker@gmail.com |
| Email: ggreiman@spencerfane.com | ***Co-counsel for Arps Plaintiffs*** |
| Email: thayde@spencerfane.com | ***Rita Heard Days*** |
| ***Attorneys for Bowman Plaintiffs*** | |
| | |
| **Steven W. Garrett** | |
| **Edward J. Sluys** | |
| CURTIS, HEINZ, GARRETT & O'KEEFE, P.C. | |
| Email: sgarrett@chgolaw.com | |
| Email: esluys@chgolaw.com | |
| ***Attorneys for Defendants*** | |

                       /s/ *Jack B. Spooner*