. UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN BOWMAN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 4:21-cv-01406-NAB |
| | ) |
| ROBERT L. CHAMBERS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

'

**BOWMAN PLAINTIFFS' RESPONSE TO INTERVENOR'S**
**MOTION FOR LEAVE TO FILE OUT OF TIME**

The Bowman Plaintiffs, by and through their undersigned counsel, submit the following as their response to Intervenor St. Louis County's Motion for Leave to File Out of Time (Doc. # 92).

The Bowman Plaintiffs do not oppose Intervenor being granted leave to file its response to Plaintiffs' motions for attorney's fees out of time.

Intervenor's filings have created some uncertainty as to the deadline for the Bowman Plaintiffs and the Arps Plaintiffs to file reply memoranda addressing Intervenor's response, since Intervenor filed its response in advance of leave being granted to file it out of time.  The Bowman Plaintiffs wish to have greater clarity in that regard and, accordingly, request that the Court, when ruling on Intervenor's motion for leave to file out of time, specify the time within which Plaintiffs may file reply memoranda.

The Bowman Plaintiffs request that, consistent with Local Rule 8.02, the deadline for filing reply memoranda be set no earlier than seven (7) days after the date on which the Court rules on Intervenor's motion for leave to file out of time.  Also, the Bowman Plaintiffs are aware of the Arps Plaintiffs' Response to Intervenor's Motion for eave to File Out of Time, filed April 14, 2022

(Doc. # 94), requesting that the deadline for filing reply memoranda be set on or after April 29, 2022, and the Bowman Plaintiffs do not oppose that request.

        Respectfully submitted,

        /s/ *Gerald P. Greiman*
        Gerald P. Greiman, #26668MO
        Thomas W. Hayde, #57368MO
        **SPENCER FANE LLP**
        1 N. Brentwood Blvd., Suite 1000
        St. Louis, MO 63105
        Tel.: (314) 863–7733
        Fax: (314) 862–4656
        ggreiman@spencerfane.com
        thayde@spencerfane.com

        *Attorneys for Bowman Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April, 2022, I electronically filed the foregoing through the Court's CM/ECF system, to be served on counsel for all parties through the Court's electronic notification system

        /s/ *Gerald P. Greiman*