THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BECKY ARPS, RENE ARTMAN, ADAM BOHN, RITA HEARD DAYS, EDWARD ENGLER, TIM FITCH, MARK HARDER, LISA KALISKI, AMY POELKER, JUNE SCHMIDT, KELLY STAVROS, ERNIE TRAKAS, and RICHARD WOLFE,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBERT L. CHAMBERS, MARSHA E. HAEFNER, FLORENCE L. HILL and PATRICIA YAEGER, in their capacity as members of the St. Louis County Board of Election Commissioners, the ST. LOUIS COUNTY BOARD OF ELECTION COMMISSIONERS,<br><br>    Defendants. | Case No. 4:21-cv-01406 NAB<br>*as previously consolidated from*<br>*4:21-cv-01410* |

### PLAINTIFF DAYS' SUPPLEMENT TO MOTION AND MEMORANDUM FOR ATTORNEY'S FEES AND COSTS

COMES NOW Plaintiff Rita Heard Days, by and through her attorney Jane E. Dueker, and for her Supplement to Motion and Memorandum for Attorney's Fees hereby submits the affidavit of Jane E. Dueker (attached hereto as Exhibit A) and the following attachments thereto: (1) itemized billing statement for the time and attorneys' fees incurred; (2) Bill of Costs; and (3) a true and accurate copy of the Curriculum Vita of Jane E. Dueker.

WHEREFORE, based on the foregoing, Plaintiff Days prays the Court enter an order granting her Motion for Attorney's Fees and Costs for the amount of $36,106.57 and for such other and further relief as the Court deems just and proper.

1

JANE DUEKER, LLC

By /s/ Jane E. Dueker
Jane E. Dueker   #43156
1100 Town & Country Commons Dr.,
Box 7781
Town & Country, Missouri 63006
Phone: (314) 265-5072
Email: janedueker@gmail.com

*ATTORNEY FOR PLAINTIFF*
*RITA HEARD DAYS*

### CERTIFICATE OF SERVICE

The undersigned certifies that he signed the original foregoing pleading and that on this 29th day of April 2022 a copy of same was served on all counsel of record **XX** by electronic transmission through the CM/ECF system and/or **XX** by electronic transmission to the following:

**Gerald F. Greiman**
**Thomas W. Hayde**
SPENCER FANE LLP
Email: ggreiman@spencerfane.com
Email: thayde@spencerfane.com
*Attorneys for Bowman Plaintiffs*

**Jack B. Spooner**
SPOONER LAW, LLC
Email: jbs@spoonerlawllc.com
*Attorney for Arps Plaintiffs*

**Steven W. Garrett**
**Edward J. Sluys**
CURTIS, HEINZ, GARRETT & O'KEEFE, P.C.
Email: sgarrett@chgolaw.com
Email: esluys@chgolaw.com
*Attorneys for Defendants*

/s/ Jane E. Dueker

2